# COMMONWEALTH OF VIRGINIA



**VIRGINIA BEACH CIRCUIT COURT**
Civil Division
2425 NIMMO PARKWAY BLDG 10
VIRGINIA BEACH VA 23456
(757) 385-4186

Summons

To: ADAM TURNER
TROOPER
NO ADDRESS PROVIDED

Case No. 810CL22004680-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Monday, July 24, 2023

Clerk of Court: TINA ESGUERRA SINNEN

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

CRIMINAL JUSTICE
INFORMATION SERVICES
JUL 31 2023
DUTY SERGEANT

Attorney's name: CURRIN, JULIE A
757-213-6970

510578

# COMMONWEALTH OF VIRGINIA



VIRGINIA BEACH CIRCUIT COURT
Civil Division
2425 NIMMO PARKWAY BLDG 10
VIRGINIA BEACH VA 23456
(757) 385-4186

Summons

To: VIRGINIA STATE POLICE
NO ADDRESS PROVIDED

Case No. 810CL22004680-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Monday, July 24, 2023

Clerk of Court: TINA ESGUERRA SINNEN

by _____
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

CRIMINAL JUSTICE
INFORMATION SERVICES
JUL 31 2023
DUTY SERGEANT

Attorney's name: CURRIN, JULIE A
757-213-6970

510578-1

**VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF VIRGINIA BEACH**

ESTATE OF COLEMAN SAMPLE,

By

LAURIE LATHAM,

      PLAINTIFF,

v                                            CASE NO: CL22-004680-00

VIRGINIA STATE POLICE,

And

TROOPER ADAM TURNER AND TROOPER LARRY HOLMES

      DEFENDANTS.

Serve:

Serve:

Serve:

## COMPLAINT

**COMES NOW** the Plaintiff, Laurie Latham, personal representative of the Estate of Coleman Sample, Jr., by Counsel, and files this, her complaint against the Defendants, Virginia State Police and Troopers Adam Turner and Larry Holmes, for SEVEN HUNDRED AND FIFTY THOUSAND ($750,000.00), together with the costs of this action and pre-judgment interest from August 12, 2020, on the grounds and in the amount hereafter stated.

1.    The Plaintiff, Estate of Coleman Sample by Laurie Latham, was and at all times relevant to this cause of action is a citizen and resident of Virginia Beach, Virginia.

2. At all times material herein, Defendants were a Virginia state entity and Virginia State Police employees.

3. Defendants owed a duty to conform with reasonable standards for police pursuit and non-lethal suspect contact, which duty was breached as more particularly set forth but not limited to herein.

4. On or about August 21, 2020, Coleman Sample, a 23 year old African American male, was traveling in his car on I-64/I-264 in the Tidewater area.

5. At approximately 10:23 p.m. on August 12, 2020, the Virginia State Police through Troopers A. Turner and Holmes began a high speed pursuit of Mr. Sample's Lexus.

6. The Troopers continued this high speed pursuit off the highway and into a residential area near Indian River Road in a negligent, highly dangerous and reckless manner by not seeking assistance from the local police department and not proceeding in accordance with their training.

7. Defendants all failed to exercise reasonable care or to follow policies and procedures of the Virginia State Police in the pursuit and apprehension of Coleman Sample thereby proximately resulting in the irreparable permanent injuries to the Plaintiff, her child's unnecessary death.

8. The Defendants jointly and severally owed the Plaintiff the duty to exercise reasonable care, egregiously violating this duty and the Troopers were careless and negligent, reckless and intentional in harming the Plaintiff and her son, violating the compulsory minimum training standards promulgated by the Virginia Department of Criminal Justice Services and proximately resulting in immutable injuries on that day.

9. The Defendants owed a duty to the Plaintiff's decedent to exercise that degree of skill and diligence practiced by a reasonably prudent police officer involved in a high speed pursuit and suspect apprehension and not to unnecessarily endanger the vehicle occupant and the public. That

2

multiple shots were fired in a residential area resulting in the death of the vehicle occupant by a shot in the back of his head and other bullets going into surrounding structures which was inherently reckless, outside accepted procedure and grossly negligent.

10. During a physical struggle following the vehicle stop, Troopers Adam Turner and Larry Holmes and their employer the Virginia State police violated Coleman Sample's constitutional right to be safe from unreasonable search and seizure and/or excessive force by a police actor resulting in his being shot in the back of the head by one of the Troopers controlling the Decedent's hand, arm and gun.

11. That such breaches of duty and other improper actions were a proximate cause of the abiding damages to the Plaintiff, Sample Coleman's loss of life and his child's loss of a Father.

12. That the Defendants were notified of this potential claim and completed investigation to prepare for the potential of litigation well before August 12, 2021.

13. That as a direct and proximate cause of the breaches of the applicable standard of care described above, Coleman Sample and his Family suffered severe and permanent injuries; were caused to suffer great physical pain and mental anguish; were caused to incur burial expenses, legal expenses and therapeutic treatment expenses and were greatly traumatized by the loss of this only son.

WHEREFORE, the Estate of Coleman Sample by Mother, Laurie Latham, demands judgment against the Defendants, jointly and severally, in the sum of SEVEN HUNDRED AND FIFTY THOUSAND AND 00/100 DOLLARS ($750,000.00) with prejudgment interest from August 12, 2020, and the costs of this action, any punitive damages which a jury may award and PLAINTIFF DEMANDS TRIAL BY JURY.

**ESTATE OF COLEMAN SAMPLE**

By Laurie Latham

By _/s/ JA Currin Esq_ COUNSEL

EQUAL JUSTICE CENTER, PLC
Julie A. Currin, Esquire (VSB#27780)
4445 Corporation Lane, Ste. 162
Virginia Beach, Virginia 23462
(757) 213-6970 telephone
(757) 687-0702 facsimile
jcurrinesq@gmail.com
*Counsel for Plaintif*

4